**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACOBS, D SCOTT | § | Case No. 09-17217 |
| JACOBS, ADA N | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/12/2009 . The undersigned trustee was appointed on 05/12/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,400,036.15

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 649,259.89 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 20,000.00 |
| Leaving a balance on hand of[1] | $ | 730,776.26 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/14/2010 and the deadline for filing governmental claims was 07/14/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 65,251.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 11,234.00 as interim compensation and now requests a sum of $ 26,694.35 , for a total compensation of $ 37,928.35 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 208.97 , for total expenses of $ 208.97 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/08/2011 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 09-17217 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: JACOBS, D SCOTT
JACOBS, ADA N
For Period Ending: 08/08/11

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/12/09 (f)
341(a) Meeting Date: 06/29/09
Claims Bar Date: 07/14/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 325,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 2,450.00 | 0.00 | | 0.00 | 0.00 |
| 3. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. VEHICLES | 4,450.00 | 0.00 | | 0.00 | 0.00 |
| 5. TOOLS | 600.00 | 0.00 | | 0.00 | 0.00 |
| 6. PERSONAL INJURY (u) | 5,000,000.00 | 2,000,000.00 | | 1,400,000.00 | FA |
| 7. TELEVISIONS, COMPUTERS | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 36.15 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $5,332,800.00 | $2,000,000.00 | | $1,400,036.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INITIALLY FILED A NO ASSET REPORT. TRUSTEE DISCOVERED A HIDDEN PENDING PERSONAL INJURY ACTION. TRUSTEE IS FILING A MOTION TO REOPEN THE CASE TO ADMINISTER THE DISCOVERED ASSET. TRUSTEE SETTLED WITH ONE DEFENDANT FOR $250,000.00. LITIGATION CONTINUES AGAINST OTHER DEFENDANT.

Initial Projected Date of Final Report (TFR): 04/30/12 Current Projected Date of Final Report (TFR): 04/30/13

FORM 2

Page: 1

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-17217 -ABG
Case Name: JACOBS, D SCOTT
JACOBS, ADA N
Taxpayer ID No: *******6015
For Period Ending: 08/08/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1338 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/10 | 6 | STATE FARM MUTUAL | Settlement of Lawsuit | 1242-000 | 250,000.00 | | 250,000.00 |
| 06/10/10 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 148,052.43 | 101,947.57 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.35 | | 101,952.92 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.32 | | 101,957.24 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.34 | | 101,961.58 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.19 | | 101,965.77 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.32 | | 101,970.09 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.20 | | 101,974.29 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.33 | | 101,978.62 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.33 | | 101,982.95 |
| 02/24/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 11,627.90 | 90,355.05 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 90,355.82 |
| 03/14/11 | 6 | XL Insurance | Settlement of Lawsuit | 1242-000 | 992,712.00 | | 1,083,067.82 |
| 03/14/11 | 6 | XL Insurance | Settlement of Lawsuit | 1242-000 | 157,288.00 | | 1,240,355.82 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 606.98 | 1,239,748.84 |
| 04/05/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 488,972.58 | 750,776.26 |
| 07/19/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 20,000.00 | 730,776.26 |

Account *******1338

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 1,400,000.00 | 1 | Checks | 606.98 |
| 9 | Interest Postings | 36.15 | 0 | Adjustments Out | 0.00 |
| | | | 4 | Transfers Out | 668,652.91 |
| | Subtotal | $ 1,400,036.15 | | | |
| | | | | Total | $ 669,259.89 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 1,400,036.15 | | | |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-17217 -ABG
Case Name: JACOBS, D SCOTT
JACOBS, ADA N
Taxpayer ID No: *******6015
For Period Ending: 08/08/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1354 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 148,052.43 | | 148,052.43 |
| 06/10/10 | 003001 | Accent | medical lien payment on PI | 2990-000 | | 8,846.00 | 139,206.43 |
| 06/10/10 | 003002 | ALLSTATE MED PAY | Medical lien payment on P I Case | 2990-000 | | 5,000.00 | 134,206.43 |
| 06/10/10 | 003003 | HOWARD B. PITRACK | Attorney fees per court order | | | 134,206.43 | 0.00 |
| | | | Fees 100,000.00 | 3210-000 | | | |
| | | | Expenses 34,206.43 | 3220-000 | | | |
| 02/24/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 11,627.90 | | 11,627.90 |
| 02/24/11 | 003004 | Cook County Jury Verdict Reporter | Litigation expenses | 2990-000 | | 125.00 | 11,502.90 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003005 | McGuires II, LLC | Litigation expenses | 2990-000 | | 1,591.15 | 9,911.75 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003006 | Rehabilitation Nursing Resource, Inc. | Litigation expenses | 2990-000 | | 2,100.00 | 7,811.75 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003007 | Thomas A. Grzesik Consultants | Litigation expenses | 2990-000 | | 3,185.10 | 4,626.65 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003008 | Russell Fote & Associates, Inc. | Litigation expenses | 2990-000 | | 1,912.50 | 2,714.15 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003009 | Legal Econometrics, Inc. | Litigation expenses | 2990-000 | | 2,437.50 | 276.65 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003010 | Jackleen De Fini, CSR | Litigation expenses | 2990-000 | | 29.75 | 246.90 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003011 | Atkinson-Baker, Inc. | Litigation expenses | 2990-000 | | 246.90 | 0.00 |
| | | | Litigation expenses | | | | |
| 04/05/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 488,972.58 | | 488,972.58 |
| 04/05/11 | 003012 | JOSEPH E. COHEN | Trustee Fees | 2100-000 | | 11,234.00 | 477,738.58 |
| | | | Trustee Fees | | | | |
| 04/05/11 | 003013 | HOWARD PITRACK | Attorney for Trustee fees | | | 477,738.58 | 0.00 |
| | | | Fees 460,000.00 | 3210-000 | | | |
| | | | Expenses 17,738.58 | 3220-000 | | | |
| 07/19/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 20,000.00 | | 20,000.00 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-17217 -ABG
Case Name: JACOBS, D SCOTT
JACOBS, ADA N
Taxpayer ID No: *******6015
For Period Ending: 08/08/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1354 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/11 | 003014 | Ada & D. Scott Jacobs | Interim Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 20,000.00 | 0.00 |

Account *******1354

| Count | Item | Amount | Count | Item | Amount |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 14 | Checks | 668,652.91 |
| 0 | Deposits | 0.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | Total | $ 668,652.91 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 668,652.91 | | | |
| | Total | $ 668,652.91 | | | |

Report Totals

| Count | Item | Amount | Count | Item | Amount |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 15 | Checks | 669,259.89 |
| 3 | Deposits | 1,400,000.00 | 0 | Adjustments Out | 0.00 |
| 9 | Interest Postings | 36.15 | 4 | Transfers Out | 668,652.91 |
| | Subtotal | $ 1,400,036.15 | | Total | $ 1,337,912.80 |
| 0 | Adjustments In | 0.00 | | | |
| 4 | Transfers In | 668,652.91 | | | |
| | Total | $ 2,068,689.06 | | Net Total Balance | $ 730,776.26 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-17217
Debtor Name: JACOBS, D SCOTT

Page 1
Claim Class Sequence

Date: August 08, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol | Administrative | | $13,143.86 | $0.00 | $13,143.86 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $606.98 | $606.98 | $0.00 |
| 000001<br>070<br>7100-00 | Comed<br>2100 Swift Road<br>Attn Bankruptcy Section/System Credit<br>Oakbrook, IL 60523 | Unsecured | | $510.83 | $0.00 | $510.83 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $8,789.58 | $0.00 | $8,789.58 |
| 000003<br>070<br>7100-00 | Lake County Water Dept<br>650 W Winchester Rd<br>Libertyville, IL 60048-1391 | Unsecured | | $413.62 | $0.00 | $413.62 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $11,115.56 | $0.00 | $11,115.56 |
| 000005<br>070<br>7100-00 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $4,265.04 | $0.00 | $4,265.04 |
| 000006<br>070<br>7100-00 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Unsecured | | $5,603.49 | $0.00 | $5,603.49 |
| 000007A<br>070<br>7100-00 | Bank Of America #6183<br>Alan Kaufman<br>Fisher & Shapiro LLC<br>2121 Waukegan Rd<br>Bannockburn, IL 60015 | Unsecured | | $3,687.00 | $0.00 | $3,687.00 |
| 000007B<br>070<br>7100-00 | Bank Of America #6183<br>Alan Kaufman<br>Fisher & Shapiro LLC<br>2121 Waukegan Rd<br>Bannockburn, IL 60015 | Unsecured | | $454,313.00 | $0.00 | $454,313.00 |
| | Case Totals: | | | $502,448.96 | $606.98 | $501,841.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-17217
Case Name: JACOBS, D SCOTT
JACOBS, ADA N
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 730,776.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 37,928.35 | $ 11,234.00 | $ 26,694.35 |
| Trustee Expenses: JOSEPH E. COHEN | $ 208.97 | $ 0.00 | $ 208.97 |
| Attorney for Trustee Fees: Cohen & Krol | $ 12,628.00 | $ 0.00 | $ 12,628.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 515.86 | $ 0.00 | $ 515.86 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 606.98 | $ 606.98 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 40,047.18

Remaining Balance $ 690,729.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,698.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Comed<br>2100 Swift Road<br>Attn Bankruptcy<br>Section/System Credit<br>Oakbrook, IL 60523 | $ 510.83 | $ 0.00 | $ 510.83 |
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 8,789.58 | $ 0.00 | $ 8,789.58 |
| 000003 | Lake County Water Dept<br>650 W Winchester Rd<br>Libertyville, IL 60048-1391 | $ 413.62 | $ 0.00 | $ 413.62 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 11,115.56 | $ 0.00 | $ 11,115.56 |
| 000005 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 4,265.04 | $ 0.00 | $ 4,265.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | C/O SALLIE MAE, Inc. 220 LASLEY AVE. WILKES BARRE, PA 18706 | $ 5,603.49 | $ 0.00 | $ 5,603.49 |

Total to be paid to timely general unsecured creditors $ 30,698.12

Remaining Balance $ 660,030.96

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 391.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The Debtors shall receive a surplus distribution in the approximate amount of $659,639.14.