# UNITED STATES BANKRUPTCY COURT
## NORTHERN  **DISTRICT OF**  ILLINOIS
### CHICAGO  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACOBS, D SCOTT | § | Case No. 09-17217 |
| JACOBS, ADA N | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/16/11     in Courtroom B,

Park City Branch Court

301 Greenleaf Avenue

Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| JACOBS, D SCOTT | § | Case No. 09-17217 |
| JACOBS, ADA N | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,400,036.15 |
| and approved disbursements of | $ | 669,259.89 |
| leaving a balance on hand of[1] | $ | 730,776.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 37,928.35 | $ 11,234.00 | $ 26,694.35 |
| Trustee Expenses: JOSEPH E. COHEN | $ 208.97 | $ 0.00 | $ 208.97 |
| Attorney for Trustee Fees: Cohen & Krol | $ 12,628.00 | $ 0.00 | $ 12,628.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 515.86 | $ 0.00 | $ 515.86 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 606.98 | $ 606.98 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 40,047.18 |
| Remaining Balance | $ | 690,729.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The Debtors shall receive a surplus distribution in the approximate amount of $659,639.14.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,698.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Comed<br>2100 Swift Road<br>Attn Bankruptcy Section/System Credit<br>Oakbrook, IL 60523 | $ 510.83 | $ 0.00 | $ 510.83 |
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 8,789.58 | $ 0.00 | $ 8,789.58 |
| 000003 | Lake County Water Dept<br>650 W Winchester Rd<br>Libertyville, IL 60048-1391 | $ 413.62 | $ 0.00 | $ 413.62 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 11,115.56 | $ 0.00 | $ 11,115.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 4,265.04 | $ 0.00 | $ 4,265.04 |
| 000006 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | $ 5,603.49 | $ 0.00 | $ 5,603.49 |

Total to be paid to timely general unsecured creditors  $        30,698.12

Remaining Balance  $        660,030.96

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 391.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE


*JOSEPH E. COHEN*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-17217-ABG
D Scott Jacobs                                                            Chapter 7
Ada N Jacobs
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0752-1          User: cturner          Page 1 of 3          Date Rcvd: Aug 16, 2011
                             Form ID: pdf006         Total Noticed: 111


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2011.
```
db/jdb      +D Scott Jacobs,   Ada N Jacobs,   P O Box 5100,   Vernon Hills, IL 60061-5100
aty         +Howard B Pitrack,   134 N LaSalle Street Suite 1720,   Chicago, IL 60602-1005
aty         +John A. Goudge,   Green and Letts,   11 W. Washington Street,   Suite 1650,
             Chicago, IL 60602-2754
aty         +Yan Teytelman,   Russell Simon, Chapter 13 Trustee,   33 Bronze Pointe, Suite 110,
             Swansea, IL 62226-8311
tr          +Joseph E Cohen,  Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
13906357    +Active Service Co,   1712 Church St,   Evanston, IL 60201-3414
13906358    +Advanced Call Center Technolo,   P.o.box 8457,   Gray, TN 37615-0457
13906359     Advanced Inpt Consulting Llc,   525 W Sycamore St,   Vernon Hills, IL 60061-1082
13906360    +Advocate Condell Medical Centr,   801 S Milwaukee Ave,   Libertyville, IL 60048-3204
13906361    +Affiliated Realty,   1720 W Algonquin Rd,   Mount Prospect, IL 60056-5400
13906362    +Allstate,   P.o.box 440519,   Kennesaw, GA 30160-9509
13906363     Allstate Indemnity Company #a,   P.o.box 3589,   Akron, OH 44309-3589
13906364    +Allstate Indemnity Company #h,   P.o.box 3589,   Akron, OH 44309-3589
13906365    +Arc Disposal,   2101 S Busse Rd,   Mt Prospect, IL 60056-5566
13906366     Arm Accounts Receivable Manag,   P.o.box 129,   Thorofare, NJ 08086-0129
13906368    +Aspire Visa #4504,   P.o.box 31902-3007,   Columbus, GA 31902-3007
13906369    +Badger Murphy Food Serv,   700 N Western Ave,   Chicago, IL 60612-1218
13906370    +Bank Of America #6183,   Alan Kaufman,   Fisher & Shapiro LLC,   2121 Waukegan Rd,
             Bannockburn, IL 60015-1831
13906371    +Bard's,   1427 Armour Blvd,   Mundelein, IL 60060-4403
13906372    +Bear Stwart Corp,   1025 N Damen Ave,   Chicago, IL 60622-3637
13906374     Beneficial Finance,   P.o.box 17574,   Baltimore, MD 21297-1574
13906375    +Best Recycling,   P.o.box 2105,   Bedford Park, IL 60499-2105
13906376    +Bluecross Blueshield Of Il,   P.o. Box 805107,   Chicago, IL 60680-3625
15842508    +C/O SALLIE MAE, Inc.,   220 LASLEY AVE.,   WILKES BARRE, PA 18706-1496
13906377    +Capital One Bank #3118,   P.o.box 6492,   Carol Stream, IL 60197-6492
13906378    +Carson Pirie Scott,   P.o. Box 5955,   Carol Stream, IL 60197-5955
13906379    +Catalano Caboor & Co,   101 W 22nd St  Suite 207,   Lombard, IL 60148-4989
13906380     Ccb Credit Services,   P.o.box 272,   Springfield, IL 62705-0272
13906381    +Center For Pain Control,   1800 Hollister Dr  Suite 206,   Libertyville, IL 60048-5266
13906382    +Chase  Cardmember Ser Bp #7016,   p.o.box 15325,   wilmington, DE 19886-5325
13906383     Chase  Cardmember Ser. #4856,   p.o.box 15153,   wilmington, DE 19886-5153
13906384     Chase  Cardmember Ser. #9206,   p.o.box 15298,   wilmington, DE 19850-5298
15579483     Chase Bank USA, N.A.,   P.o. Box 15145,   Wilmington, DE 19850-5145
13906385    +Chase Cardmember Ser. #1463,   P.o.box 15153,   Wilmington, DE 19886-5153
13906386     Chase Cardmember Ser. #5324,   P.o.box 15298,   Wilmington, DE 19850-5298
13906387    +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
13906388    +Chicago Rabbinical Council Crc,   2701 W Howard St,   Chicago, IL 60645-1303
13906389    +Chrysler Financial,   P.o.box 9001873,   Louisville, KY 40290-1873
13906390    +Clinical Pathologists Lake Co,   5393 Paysphere Circle,   Chicago, IL 60674-0001
13906391    +Clipper Magazine,   3708 Hempland Rd,   Mountville, PA 17554-1542
13906392    +Cobblestown Ovens Inc,   4301 Regency Dr,   Glenview, IL 60025-5209
13906393     College Of Lake County - Fina,   19351 W Washington St,   Grayslake, IL 60030-1198
13906395    +Condell Mdeical Center,   7 Audubon Rd,   Wakefield, MA 01880-1256
13906396    +Corkill Insurance Agency,   1699 Wall St  Suite 725,   Mount Prospect, IL 60056-5787
13906397    +Country Casualty Insurce Co,   P.o.box 2300,   Bloomington, IL 61702-2300
13906398    +Countrywide Home Loans #1st,   P.o.box 5170,   Simi Valley, CA 93062-5170
13906400    +Coupon Cash Saver,   325 N Milwaukee Ave  Suite J,   Wheeling, IL 60090-3071
13906401     Credit Collection Services,   P.o.box 55126,   Boston, MA 02205-5126
13906403    +Deerfield-bannockburn Fpd,   P.o.box 1368,   Elmhurst, IL 60126-8368
13906404    +Dependon Collection Servie In,   P.o.box 4833,   Oak Brook, IL 60522-4833
13906405     Discover  #5113,   P.o.box 30395,   Salt Lake City, UT 84130-0395
13906406     Dish Network,   Dept 0053,   Palatine, IL 60055-0053
13906407    +Duvera Financial,   5620 Paseo Del Norte #127-233,   Carlsbad, CA 92008-4461
13906408    +Edgge Media Group,   113 Mchenry Rd  Suite 300,   Buffalo Grove, IL 60089-1796
13906409    +Enh Business Office,   4910 Searle Pkwy  Suite #330,   Skokie, IL 60077
13906410    +Enh Hospital Billing,   23056 Netwok Place,   Chicago, IL 60673-1230
13906411    +Enh Medical Group Specialty P,   23139 Network Place,   Chicago, IL 60673-1231
13906412     Evanston Northwestern Healthc,   23056 Network Place,   Chicago, IL 60673-1230
13906413     Fia Card Services Na,   P.o.box 15137,   Wilmington, DE 19850-5137
13906414    +Freedman Anselmo Lindberg & R,   1807 W Diehl Rd   Suite 333,   Naperville, IL 60563-1890
13906415    +Fried Paper Co,   3776 Maple,   Northbrook, IL 60062-4909
13906416    +Geetha M Reddy Md,   P.o.box 1127,   Libertyville, IL 60048-4127
13906417     Harris Connect,   p.o.box 29920,   new York, NY 10087-9920
13906418     Harris N.a.,   P.o.box 6201,   Carol Stream, IL 60197-6201
13906419     Healthcare Information Serv.,   135 S Lasalle  Dept 1052,   Chicago, IL 60674-1052
13906420    +Howard Baker,   560 N Midlothian Suite 400,   Mundelein, IL 60060-1654
13906421    +Hsbc Card Services #0316,   P.o.box 17051,   Baltimore, MD 21297-1051
13906422    +Hsbc Card Services #6485,   P.o.box 17051,   Baltimore, MD 21297-1051
13906423    +Ics Collection Service,   P.o.box 1010,   Tinley Park, IL 60477-9110
13906426    +Il Bone & Joint Glenview Reha,   5057 Payshere Cir,   Chicago, IL 60674-0050
```

```
District/off: 0752-1          User: cturner          Page 2 of 3          Date Rcvd: Aug 16, 2011
                              Form ID: pdf006         Total Noticed: 111

13906425     Il Bone & Joint Glenview Reha,   135 S Lasalle  Dept 1052,   Chicago, IL 60674-1052
13906429     Itt Hartford,   P.o.box 2917,   Hartford, CT 06104-2917
13906431    +Karp & Sons Inc,   1301 Estes Ave,   Elk Grove Village, IL 60007-5403
13906433     Lake County Radiology Assoc,   36104 Treasury Ctr,   Chicago, IL 60694-6100
13906434     Lake County Water Dept,   650 W Winchester Rd,   Libertyville, IL 60048-1391
13906435    +Lakeshore Dental Ass,   7428 N Western Ave,   Chicago, IL 60645-1707
13906436    +Lincolnshire Riverwoods Fpd,   P.o.box 457,   Wheeling, IL 60090-0457
13906437    +Martinex Landscaping,   26136 N Hickory Ave,   Mundelein, IL 60060-4006
13906438    +Mchs Libertyville,   1500 S Milwaukee,   Libertyville, IL 60048-3723
13906439    +Mgc Collection Services,   P.o.box 140250,   Toledo, OH 43614-0250
13906440    +Neiman Bros,   3322 W Newport Ave,   Chicago, IL 60618-5595
13906441     North Shore Gas,   P.o. Box A3991,   Chicago, IL 60690-3991
13906442    +Northshore Neurology Glenbrook,   2150 Pfingsten Rd  Suite 3000,   Glenview, IL 60026-1314
13906443    +Northshore Univarsity Healthsy,   9532 Eagle Way,   Chicago, IL 60678-1095
13906444    +Northshore University Health,   23056 Network Place,   Chicago, IL 60673-1230
13906445     Outsource Group,   7 Audubon Rd,   Wakefield, MA 01880-1248
13906448    +Pinnacle Management Services,   514 Market Loop  Suite 103,   West Dundee, IL 60118-2181
13906449     Prof. Neurological Serv. Ltd,   P.o.box 388241,   Chicago, IL 60638-8241
13906450    +Reid M Owen Md,   1900 Hollister Dr  Suite 380a,   Libertyville, IL 60048-5247
13906451    +Runge Paper Co,   2201 Arthur Ave,   Elk Grove Village, IL 60007-6024
13906454    +Stephen Coulson Md,   801 S Milwaukee Ave  Suite 263,   Libertyville, IL 60048-3204
13906455     Stephen Yeh Md,   2150 Pfingsten Rd Suite #2270,   Glenview, IL 60026-1326
13906456    +Steven T Mershon, Md,   1500 Waukegan Rd,   Glenview, IL 60025-2100
13906458    +Suburban Medical Assoc,   560 N Midlothian  Suite 400,   Mundelein, IL 60060-1654
13906460     The Hartford,   P.o.box 2917,   Hartford, CT 06104-2917
13906461    +Today's Temptations,   1900 Austin Ave,   Chicago, IL 60639-5078
13906463   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   P.o.box 790179,   St. Louis, MO 63179-0179)
15760058   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
13906464    +United Collection Bureau Inc,   5620 Southwyck Blvd,   Toledo, OH 43614-1501
13906465    +United Equitable,   P.o.box 1788,   Des Plaines, IL 60017-1788
13906466    +Van Ru Credit Corporation,   1350 E Touhy Ave  Suite 100e,   Des Plaines, IL 60018-3337
13906468    +Waste Management,   1411 Opus Place  Suite 400,   Downers Grove, IL 60515-1481
13906467    +Waste Management,   1411 Opus Place,   Downers Grove, IL 60515-1481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13906367     E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 17 2011 02:09:29     Armor Systems Corporation,
             1700 Kiefer Dr  Suite 1,   zion, IL 60099-5105
13906394    +E-mail/Text: legalcollections@comed.com Aug 17 2011 02:07:58     Comed,   2100 Swift Road,
             Attn Bankruptcy Section/System Credit,   Oakbrook, IL 60523-1559
13906401     E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2011 02:09:27
             Credit Collection Services,   P.o.box 55126,   Boston, MA 02205-5126
15484979     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2011 02:08:49     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13906430     E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2011 01:58:28     Jcpenny,   P.o.box 960090,
             Orlando, FL 32896-0090
13906432     E-mail/PDF: cr-bankruptcy@kohls.com Aug 17 2011 01:58:30     Kohls,   P.o.box 3043,
             Milwaukee, WI 53201-3043
13906452     E-mail/PDF: pa_dc_claims@salliemae.com Aug 17 2011 02:09:07     Sallie Mae, Inc.,   P.o.box 9500,
             Wilkes-barre, PA 18773-9500
13906453     E-mail/Text: Bankruptcy@selective.com Aug 17 2011 01:55:12     Selective Insurance,
             P.o.box 371468,   Pittsburgh, PA 15250-7468
13906459    +E-mail/Text: bankruptcynotices@tdstelecom.com Aug 17 2011 01:52:55     Tds Metrocom,
             525 Junction Rd  Suite 6000,   Madison, WI 53717-2153
                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13906402*    Credit Collection Services,   P.o.box 55126,   Boston, MA 02205-5126
13906424*    Ics Collection Service,   P.o.box 1010,   Tinley Park, IL 60477-9110
13906373   ##+Becker Dairy,   4224 W Chicago Ave,   Chicago, IL 60651-3517
13906399    ##Countrywide Home Loans #2nd,   P.o.box 10287,   Van Nuys, CA 91410-0287
13906427   ##+Infinity Healthcare Physicians,   1251 W Glen Oaks Lane,   Mequon, WI 53092-3356
13906428   ##+Interstate Wrapping Prod,   2575 Lemoyne St,   Melrose Park, IL 60160-1830
13906446   ##+Pain & Rehab Clinic Of Chicago,   640 N Lasalle St  Suite 610,   Chicago, IL 60654-3769
13906447   ##+Phoenix Home Care Llc,   200 S Frontage Rd  Suite 100,   Burr Ridge, IL 60527-6958
13906457   ##+Storesonline,   754 E Technology Ave,   Orem, UT 84097-6204
13906462   ##+Transworld Systems Inc Collec,   25 Northwest Point Blvd,   Elk Grove, IL 60007-1058
                                                                      TOTALS: 0, * 2, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: cturner          Page 3 of 3              Date Rcvd: Aug 16, 2011
                             Form ID: pdf006          Total Noticed: 111
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**                          **Signature:**        _Joseph Speetjens_