UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
JACOBS, D SCOTT § Case No. 09-17217
JACOBS, ADA N §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ada & D. Scott Jacobs |  |  |  |
| D. SCOTT & ADA N. JACOBS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ACCENT | | | | | |
| ALLSTATE MED PAY | | | | | |
| ATKINSON-BAKER, INC. | | | | | |
| JACKLEEN DE FINI, CSR | | | | | |
| LEGAL ECONOMETRICS, INC. | | | | | |
| MCGUIRES II, LLC | | | | | |
| REHABILITATION NURSING RESOURCE, IN | | | | | |
| RUSSELL FOTE & ASSOCIATES, INC. | | | | | |
| THOMAS A. GRZESIK CONSULTANTS | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| HOWARD B. PITRACK | | | | | |
| HOWARD PITRACK | | | | | |
| HOWARD B. PITRACK | | | | | |
| HOWARD PITRACK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | BANK OF AMERICA #6183 | | | | | |
| 000007A | BANK OF AMERICA #6183 | | | | | |
| 000006 | C/O SALLIE MAE, INC. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000001 | COMED | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | LAKE COUNTY WATER DEPT | | | | | |
| 000005 | U.S. BANK N.A. | | | | | |
| | C/O SALLIE MAE, INC. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | COMED | | | | | |
| | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LAKE COUNTY WATER DEPT | | | | | |
| | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-17217 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | JACOBS, D SCOTT | | | Date Filed (f) or Converted (c): | 05/12/09 (f) |
| | JACOBS, ADA N | | | 341(a) Meeting Date: | 06/29/09 |
| For Period Ending: | 05/30/12 | | | Claims Bar Date: | 07/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 325,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 2,450.00 | 0.00 | | 0.00 | 0.00 |
| 3. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. VEHICLES | 4,450.00 | 0.00 | | 0.00 | 0.00 |
| 5. TOOLS | 600.00 | 0.00 | | 0.00 | 0.00 |
| 6. PERSONAL INJURY (u) | 5,000,000.00 | 2,000,000.00 | | 1,400,000.00 | FA |
| 7. TELEVISIONS, COMPUTERS | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 36.15 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,332,800.00 | $2,000,000.00 | | $1,400,036.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INITIALLY FILED A NO ASSET REPORT. TRUSTEE DISCOVERED A HIDDEN PENDING PERSONAL INJURY ACTION. TRUSTEE IS FILING A MOTION TO REOPEN THE CASE TO ADMINISTER THE DISCOVERED ASSET. TRUSTEE SETTLED WITH ONE DEFENDANT FOR $250,000.00. LITIGATION CONTINUES AGAINST OTHER DEFENDANT. TRUSTEE HAS FILED HIS FINAL REPORT AND MADE A DISTRIBUTION TO CREDITORS. THIS WAS A SURPLUS CASE. ONE CLAIMANT HAS NOT CASHED CHECK AND TRUSTEE WILL DEPOSIT WITH THE CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 04/30/12    Current Projected Date of Final Report (TFR): 04/30/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17217 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | JACOBS, D SCOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | JACOBS, ADA N | | Account Number / CD #: | *******1338 BofA - Money Market Account |
| Taxpayer ID No: | *******6015 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/10 | 6 | STATE FARM MUTUAL | Settlement of Lawsuit | 1242-000 | 250,000.00 | | 250,000.00 |
| 06/10/10 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 148,052.43 | 101,947.57 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.35 | | 101,952.92 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.32 | | 101,957.24 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.34 | | 101,961.58 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.19 | | 101,965.77 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.32 | | 101,970.09 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.20 | | 101,974.29 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.33 | | 101,978.62 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.33 | | 101,982.95 |
| 02/24/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 11,627.90 | 90,355.05 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 90,355.82 |
| 03/14/11 | 6 | XL Insurance | Settlement of Lawsuit | 1242-000 | 992,712.00 | | 1,083,067.82 |
| 03/14/11 | 6 | XL Insurance | Settlement of Lawsuit | 1242-000 | 157,288.00 | | 1,240,355.82 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 606.98 | 1,239,748.84 |
| 04/05/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 488,972.58 | 750,776.26 |
| 07/19/11 | | Transfer to Acct #*******1354 | TRANSFER TO WRITE CHECKS | 9999-000 | | 20,000.00 | 730,776.26 |
| 09/14/11 | | Transfer to Acct #*******1354 | Final Posting Transfer | 9999-000 | | 730,776.26 | 0.00 |

Page Subtotals    1,400,036.15    1,400,036.15

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-17217 -ABG |
| Case Name: | JACOBS, D SCOTT |
| | JACOBS, ADA N |
| Taxpayer ID No: | *******6015 |
| For Period Ending: | 05/30/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1338  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,400,036.15 | 1,400,036.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,399,429.17 | |
| | | | Subtotal | | 1,400,036.15 | 606.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,400,036.15 | 606.98 | |

Page Subtotals                0.00          0.00

Ver: 16.06b

FORM 2        Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17217 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | JACOBS, D SCOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | JACOBS, ADA N | | Account Number / CD #: | *******1354 BofA - Checking Account |
| Taxpayer ID No: | *******6015 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 148,052.43 | | 148,052.43 |
| 06/10/10 | 003001 | Accent | medical lien payment on PI | 2990-000 | | 8,846.00 | 139,206.43 |
| 06/10/10 | 003002 | ALLSTATE MED PAY | Medical lien payment on P I Case | 2990-000 | | 5,000.00 | 134,206.43 |
| 06/10/10 | 003003 | HOWARD B. PITRACK | Attorney fees per court order | | | 134,206.43 | 0.00 |
| | | | Fees     100,000.00 | 3210-000 | | | |
| | | | Expenses     34,206.43 | 3220-000 | | | |
| 02/24/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 11,627.90 | | 11,627.90 |
| * 02/24/11 | 003004 | Cook County Jury Verdict Reporter | Litigation expenses | 2990-004 | | 125.00 | 11,502.90 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003005 | McGuires II, LLC | Litigation expenses | 2990-000 | | 1,591.15 | 9,911.75 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003006 | Rehabilitation Nursing Resource, Inc. | Litigation expenses | 2990-000 | | 2,100.00 | 7,811.75 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003007 | Thomas A. Grzesik Consultants | Litigation expenses | 2990-000 | | 3,185.10 | 4,626.65 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003008 | Russell Fote & Associates, Inc. | Litigation expenses | 2990-000 | | 1,912.50 | 2,714.15 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003009 | Legal Econometrics, Inc. | Litigation expenses | 2990-000 | | 2,437.50 | 276.65 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003010 | Jackleen De Fini, CSR | Litigation expenses | 2990-000 | | 29.75 | 246.90 |
| | | | Litigation expenses | | | | |
| 02/24/11 | 003011 | Atkinson-Baker, Inc. | Litigation expenses | 2990-000 | | 246.90 | 0.00 |
| | | | Litigation expenses | | | | |
| 04/05/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 488,972.58 | | 488,972.58 |
| 04/05/11 | 003012 | JOSEPH E. COHEN | Trustee Fees | 2100-000 | | 11,234.00 | 477,738.58 |
| | | | Trustee Fees | | | | |
| 04/05/11 | 003013 | HOWARD PITRACK | Attorney for Trustee fees | | | 477,738.58 | 0.00 |
| | | | Fees     460,000.00 | 3210-000 | | | |

Page Subtotals     648,652.91     648,652.91

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17217 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JACOBS, D SCOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | JACOBS, ADA N | Account Number / CD #: | *******1354 BofA - Checking Account |
| Taxpayer ID No: | *******6015 | | |
| For Period Ending: | 05/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          17,738.58 | 3220-000 | | | |
| 07/19/11 | | Transfer from Acct #*******1338 | TRANSFER TO WRITE CHECKS | 9999-000 | 20,000.00 | | 20,000.00 |
| 07/19/11 | 003014 | Ada & D. Scott Jacobs | Interim Surplus to Debtor | 8200-002 | | 20,000.00 | 0.00 |
| | | | Surplus to Debtor | | | | |
| 09/14/11 | | Transfer from Acct #*******1338 | Transfer In From MMA Account | 9999-000 | 730,776.26 | | 730,776.26 |
| 09/19/11 | 003015 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 26,694.35 | 704,081.91 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 09/19/11 | 003016 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 208.97 | 703,872.94 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 09/19/11 | 003017 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 8,762.58 | 695,110.36 |
| 09/19/11 | 003018 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 4,381.28 | 690,729.08 |
| 09/19/11 | 003019 | Comed | Claim 000001, Payment 101.25091% | | | 517.22 | 690,211.86 |
| | | 2100 Swift Road | (1-1) Charges for electrical | | | | |
| | | Attn Bankruptcy Section/System Credit | service | | | | |
| | | Oakbrook, IL 60523 | (1-1) Modified on 6/24/2009 to correct creditor's | | | | |
| | | | address. | | | | |
| | | | Claim          510.83 | 7100-000 | | | |
| | | | Interest          6.39 | 7990-000 | | | |
| 09/19/11 | 003020 | Discover Bank | Claim 000002, Payment 101.25023% | | | 8,899.47 | 681,312.39 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio 43054-3025 | | | | | |
| | | | Claim          8,789.58 | 7100-000 | | | |
| | | | Interest          109.89 | 7990-000 | | | |
| 09/19/11 | 003021 | Lake County Water Dept | Claim 000003, Payment 101.24994% | | | 418.79 | 680,893.60 |

Page Subtotals          750,776.26          69,882.66

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 09-17217 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JACOBS, D SCOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | JACOBS, ADA N | | Account Number / CD #: | *******1354 BofA - Checking Account |
| Taxpayer ID No: | *******6015 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 650 W Winchester Rd Libertyville, IL 60048-1391 | Claim 413.62 Interest 5.17 | 7100-000 7990-000 | | | |
| 09/19/11 | 003022 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 101.25023% | | | 11,254.53 | 669,639.07 |
| | | | Claim 11,115.56 Interest 138.97 | 7100-000 7990-000 | | | |
| 09/19/11 | 003023 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Claim 000005, Payment 101.25016% (5-1) deficiency balance | | | 4,318.36 | 665,320.71 |
| | | | Claim 4,265.04 Interest 53.32 | 7100-000 7990-000 | | | |
| 09/19/11 | 003024 | C/O SALLIE MAE, Inc. 220 LASLEY AVE. WILKES BARRE, PA 18706 | Claim 000006, Payment 101.25029% | | | 5,673.55 | 659,647.16 |
| | | | Claim 5,603.49 Interest 70.06 | 7100-000 7990-000 | | | |
| 09/19/11 | 003025 | D. SCOTT & ADA N. JACOBS | Surplus to Debtor Surplus to Debtor | 8200-002 | | 659,647.16 | 0.00 |
| * 03/02/12 | 003004 | Cook County Jury Verdict Reporter | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2990-004 | | -125.00 | 125.00 |
| 03/06/12 | 003026 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 125.00 | 0.00 |

Page Subtotals       0.00       680,893.60

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-17217 -ABG |
| Case Name: | JACOBS, D SCOTT |
| | JACOBS, ADA N |
| Taxpayer ID No: | *******6015 |
| For Period Ending: | 05/30/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1354  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,399,429.17 | 1,399,429.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 1,399,429.17 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,399,429.17 | |
| | | | Less: Payments to Debtors | | | 679,647.16 | |
| | | | Net | | 0.00 | 719,782.01 | |

|   |   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| BofA - Money Market Account - ********1338 | | 1,400,036.15 | 606.98 | 0.00 |
| BofA - Checking Account - ********1354 | | 0.00 | 719,782.01 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 1,400,036.15 | 720,388.99 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*